1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  FREDERICK JONES, SR.,              1:04-cv-05802-OWW-DLB-P

12            Plaintiff,     **ORDER ADOPTING FINDINGS AND
                             RECOMMENDATIONS** (Doc. 24)
13  vs.
                             **ORDER DENYING MOTION FOR
14  JOLENE VENTO, et al.,    PRELIMINARY INJUNCTIVE RELIEF**
                             (Doc. 21)
15            Defendants.
    _____/
16

17      Plaintiff, Frederick Jones, Sr. ("plaintiff"), a state

18  prisoner proceeding pro se and in forma pauperis, has filed this

19  civil rights action seeking relief under 42 U.S.C. § 1983.  The

20  matter was referred to a United States Magistrate Judge pursuant

21  to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22      On May 16, 2005, the Magistrate Judge filed Findings and

23  Recommendations herein which were served on plaintiff and which

24  contained notice to plaintiff that any objections to the Findings

25  and Recommendations were to be filed within twenty (20) days.  To

26  date, plaintiff has not filed objections to the Magistrate

27  Judge's Findings and Recommendations.

28  //

                              1

        In accordance with the provisions of 28 U.S.C.

§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

<u>de novo</u> review of this case.  Having carefully reviewed the

entire file, the Court finds the Findings and Recommendations to

be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The Findings and Recommendations, filed May 16, 2005,

are ADOPTED IN FULL; and,

        2.    Plaintiff's motion for access to legal research

material, construed as a motion for preliminary injunctive

relief, filed February 23, 2005, is DENIED, without prejudice, as

PREMATURE.

IT IS SO ORDERED.

**Dated:    July 12, 2005       _____/s/ Oliver W. Wanger_____**
emm0d6                          UNITED STATES DISTRICT JUDGE