UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:04-cv-05802-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING [AMENDED] FINDINGS AND RECOMMENDATION** |
| vs. | (Doc. 29) |
| JOLENE VENTO, et al., | **ORDER DISMISSING COMPLAINT** |
| Defendants. | **ORDER CONCLUDING ENTIRE ACTION** |

Plaintiff, Frederick Jones, Sr. ("plaintiff"), is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 12, 2005, the Magistrate Judge filed Amended Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Amended Findings and Recommendation were to be filed within thirty (30) days.  On October 11 and 12, 2005, plaintiff filed objections to the Magistrate Judge's Amended Findings and Recommendation.

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Amended Findings and
5  Recommendation to be supported by the record and by proper
6  analysis.
7  Accordingly, IT IS HEREBY ORDERED that:
8  1.   The Amended Findings and Recommendation, filed
9  September 12, 2005, are ADOPTED IN FULL;
10  2.   Plaintiff's complaint is DISMISSED, without leave to
11  amend; and,
12  3.   This action is therefore CONCLUDED in its entirety.
13  IT IS SO ORDERED.

**Dated:   November 1, 2005**                 **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE

2