**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FREDERICK JONES, SR., | ) | 1:04-cv-5802 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DENYING REQUEST FOR |
| | ) | RECONSIDERATION OF |
| v. | ) | DISMISSAL OF ACTION FOR |
| | ) | FAILURE TO STATE A CLAIM |
| JOLENE VENTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the December 12, 2005, "Request for Reconsideration by District Judge Anthony W. Ishii of District Judge Oliver W. Wanger Ruling and Order" and "Notice of Motion for Objections."

Plaintiff is a prisoner proceeding pro se with this civil rights action. The action was dismissed with prejudice November 1, 2005, after Plaintiff was given full explanation about the deficiencies in his original complaint and provided two opportunities to amend the complaint.

Plaintiff now attaches a Third Amended Complaint filed in violation of the recommendation for dismissal without leave to amend by the Magistrate Judge filed September 7, 2005. Although Plaintiff filed objections on October 11 and 12, 2005, to the

1

1  Magistrate Judge's Amended Findings and Recommendations to
2  dismiss his case with prejudice, which were fully considered in
3  the District Court's order of November 1, 2005, dismissing this
4  case with prejudice, he refers to his Third Amended Complaint
5  which was lodged with the court October 7, 2005.  The Third
6  Amended Complaint for damages "at law and in admiralty and in
7  maritime" under various iterations of the Civil Rights Act is
8  referred to as "this action is to condemn property, seize bank
9  accounts, payroll checks, and seize all assets.  Property to
10 seize new jail being built in Kings Co., Hanford, CA.  Department
11 of party real iste DMV cars, motor homes, e.t.c., (bank accounts,
12 savings accounts/payroll checks);" lodged with the Court October
13 7, 2005.
14     The Plaintiff's Third Amended Complaint reiterates the same
15 claims about alleged denial of access to the law library but does
16 not show how this resulted in the dismissal of any case or other
17 cognizable prejudice.  Plaintiff further claims that he did not
18 receive appropriate medical care but does not state an
19 intelligible or understandable claim as to when or how medical
20 treatment was denied.  Plaintiff complains about his sentencing
21 and a cell extraction occurring, without "his legal materials."
22 There is no showing that any of the claims in the nature of
23 habeas corpus have ever been exhausted.
24     The Second Amended Complaint was previously dismissed with
25 prejudice on November 1, 2005.  No error in law appears.  No new
26 ///
27 ///
28 ///

facts or law have been cited.  Plaintiff's request for reconsideration is DENIED.

SO ORDERED.

DATED:  December 7, 2005.

                                                                              /s/OliverW. Wanger  
                                                                              Oliver W. Wanger  
                                                                              UNITED STATES DISTRICT JUDGE

jones v. vento order